# EXHIBIT A

| Financial Institution | Last Four Digits of Account Number | Account Name | Account Type | Last Pre-Petition Check Number | First Post-Petition Check Number |
|---|---|---|---|---|---|
| BMO Harris Bank, N.A. | *158-0 | Arro Corporation | Checking - Collections | N/A | N/A |
| BMO Harris Bank, N.A. | *159-8 | Arro Corporation | Checking - Disbursements | 94090 | 94200 |