# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ARRO CORPORATION, f/k/a ARRO PACKAGING COMPANY | ) ) | Case No. 19-35238 |
| | ) | Honorable Judge Janet S. Baer |
| Debtor. | ) | |
| | ) | **Hearing Date:  December 19, 2019** |
| | ) | **Hearing Time: 11:00 a.m.** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on December 19, 2019 at 11:00 a.m., we shall appear before the Honorable Janet S. Baer of the United States Bankruptcy Court, Northern District of Illinois, in Courtroom 615 in the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the **MOTION OF DEBTOR FOR EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS AND SHORTENING NOTICE THEREOF**, a copy of which is hereby served upon you.

> ADAM P. SILVERMAN, ESQ. (ARDC# 6256676)
> ERICH S. BUCK, ESQ. (ARDC #6274635)
> NICHOLAS R. DWAYNE, ESQ. (ARDC #6308927)
> ADELMAN & GETTLEMAN, LTD.
> 53 West Jackson Blvd., Suite 1050
> Chicago, Illinois 60604
> Tel (312) 435-1050
> Fax (312) 435-1059
> **Proposed Counsel for Arro Corporation**

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certify that true and correct copies of this notice and motion were served upon the parties listed on the service list attached hereto via ECF, e-mail and/or facsimile as indicated below, on December 16, 2019.

> By:  /s/ Adam P. Silverman
> Adam P Silverman, Esq.

1

## SERVICE LIST

**Via CM/ECF**

- **Michael L. Gesas**   michael.gesas@saul.com, jurate.medziak@saul.com
- **John W Guzzardo**   jguzzardo@hmblaw.com, ecfnotices@hmblaw.com
- **Aaron L. Hammer**   ahammer@hmblaw.com, ecfnotices@hmblaw.com
- **Patrick S Layng**   USTPRegion11.ES.ECF@usdoj.gov
- **James Patrick Sullivan**   jsulliva@chapman.com
- **Sean P. Williams**   sean.williams@saul.com

**Via FedEx Overnight (unless otherwise indicated)**

*20 Largest Creditors*

Aerotek, Inc.
3689 Collections Ctr Dr.
Chicago, IL 60693

Alternative Staffing, Inc.
5620 West Cermak Rd.
Cicero, IL 60804

American Express
American Express Tower
200 Vesey Street
New York, NY 10285

Backhaul Direct
1 Virginia Ave., Suite 400
Indianapolis, IN 46204

Batory Foods
1700 Higgins Road, Suite 300
Des Plaines, IL 60018-3800

Bluegrass Dairy and Food, Inc.
606 W. Main St.
Springfield, KY 40069

BREIT Industrial Canyon IL1B03 LLC
c/o Stream Realty – Chicago, LLC
Attn: Property Management
6250 N. River Road, Ste. 6025
Rosemont, IL 60018

BREIT Industrial Canyon IL1B03 LLC
c/o Revantage Corporate Services
Attn: Managing Counsel and Lease Admin.
222 South Riverside Plaza, Suite 2000
Chicago, IL 60606

Cacique de Café Soluvel
Rua Horacio Sabino Coimbra 100
86072-900
Londrina, Parana
Brazil
*via email to pereira@caciqueny.com

Dykema Gossett PLLC
10 S. Wacker Drive, Suite 2300
Chicago, IL 60606

Gierczyk, Inc.
16200 Clinton Street
Harvey, IL 60426

Graphic Packaging International
1500 Riveredge Parkway, Suite 100,
9th Floor
Atlanta, GA 3328

Karlin Foods Corp.
1845 Oak Street, Suite 19
Northfield, IL 60093

Kraft Heinz Company
200 East Randolph Street, Suite 7600
Chicago, IL 60601

2

1054893_3

Live Electric, LLC
68 Spring Ave
Glen Ellyn, IL 60137

Mercer Foods, LLC
1836 Lapham Drive
Modesto, CA 95354

Onin Group Midwest, LLC
1 Perimeter Park S., Suite 450N
Birmingham, AL 35243

Santa Fe Industrial Investors
One Oakbrook Terrace, Suite 400
Oakbrook Terrace, IL 60181

Sensory Effects Powder Systems
136 Fox Run Drive
Defiance, OH 43512

St. Charles Trading
650 North Raddant Road
Batavia, IL 60510

The Royal Group
2318 Paysphere Circle
Chicago, IL 60674

*Secured Creditors*

SBA – Illinois District Office
500 W. Madison St., Suite 1150
Chicago, IL  60661

United States Attorney's Office
Northern District of Illinois, Eastern Division
219 S. Dearborn St., 5th Floor
Chicago, IL 60604

TCF Equipment Finance, a division of TCF National Bank
c/o John Murphy
CT Corporation
208 S. LaSalle St., Ste. 814
Chicago, IL 60604

CHS Inc.
5500 Cenex Drive
Inver Grove Heights, MN 55077

Quincy Recycle Paper Inc.
c/o Kelsey Ley
526 S. 6th St.
Quincy, IL 62301

Massimo Zanetti Beverage USA, Inc.
c/o Kenneth Lancaster
1370 Progress Road
Suffolk, VA 23434

Pinnacle Foods Inc.
c/o John F. Kroeger
399 Jefferson Dr.
Parsippany, NJ  07054

Hitachi Capital America Corp.
Attn: RYAN COLLISON
800 CONNECTICUT Ave.
NORWALK, CT 06854

HYG Financial Services, Inc.
Attn: William J. Mayer
125 High St.
Boston, MA 02110

Toyota Industries Commercial Finance, Inc.
CT Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604

3

1054893_3

| | |
|---|---|
| Toyota Industries Commercial Finance, Inc.<br>Attn: David Crandall<br>8951 Cypress Waters Blvd., Ste. 300<br>Dallas, TX 75019 | TCF Equipment Finance, Inc.<br>CT Corporation System<br>208 S. LaSalle St., Suite 814<br>Chicago, IL 60604 |
| Ascentium Capital, LLC<br>CorpDirect Agents, Inc.<br>208 S. LaSalle St., Ste 814<br>Chicago, IL 60604 | TCF Equipment Finance, Inc.<br>Attn: William S. Henak<br>11100 Wayzata BLVD., Ste. 801<br>Minnetonka, MN 55305 |
| Ascentium Capital, LLC<br>Attn: Joel Cappon, Thomas Depping<br>23970 HIGHWAY 59 N<br>KINGWOOD, TX 77339 | RLC Funding, A division of Navitas Lease Corp., ISAOA<br>111 Executive Center Drive, Ste. 102<br>Columbia, SC 29210 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ARRO CORPORATION, f/k/a ARRO PACKAGING COMPANY | ) ) | Case No. 19-35238 |
| | ) | Honorable Judge Janet S. Baer |
| Debtor. | ) | |
| | ) | **Hearing Date:  December 19, 2019** |
| | ) | **Hearing Time: 11:00 a.m.** |

**MOTION OF DEBTOR FOR EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS AND SHORTENING NOTICE THEREOF**

NOW COMES, Arro Corporation f/k/a Arro Packaging Company (the "**Debtor**"), an Illinois corporation, debtor and debtor in possession, by and through its proposed undersigned counsel, and hereby moves pursuant to Section 521 of the Bankruptcy Code and Rules 1007 and 9006 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Local Bankruptcy Rule 9013-1, for entry of an order granting an extension of time to file its Schedules and Statements (as hereinafter defined) and shortening notice thereof (the "**Motion**").  In support of the Motion, the Debtor respectfully states as follows:

**I.    FACTUAL BACKGROUND**

1. On December 13, 2019 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.* (the "**Code**").  Since the Petition Date, the Debtor has remained in possession of its assets and has continued to operate its business as a debtor in possession in accordance with 11 U.S.C. §§ 1107 and 1108 in the above-captioned case (the "**Chapter 11 Case**").

1

1054893_3

2.    Neither a trustee nor a committee of unsecured creditors has been appointed in the Chapter 11 Case. The first meeting of creditors under section 341(a) of the Code is currently scheduled for January 16, 2020 at 1:30 p.m.

3.    This Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue lies properly in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

4.    The statutory predicate for the relief requested herein is Section 521 of the Bankruptcy Code and Rules 1007 and 9006 of the Bankruptcy Rules.

5.    The nature of the Debtor's business and the factual background relating to the Debtor's commencement of this Chapter 11 Case is set forth in detail in the *Declaration of Patrick Gaughan in Support of Chapter 11 Petition, First-Day Motions, and Certain Second Tier Motions* filed concurrently herewith and incorporated herein by reference (the "**Declaration**").

## II.    RELIEF REQUESTED

6.    Pursuant to Rule 1007 of the Bankruptcy Rules, the Debtor is required, within fourteen (14) days from the Petition Date, to file with the Court, among other things: (a) a list of equity security holders; (b) a list containing the name and address of each creditor; (c) schedules of assets and liabilities; (d) a statement of financial affairs; and (e) a statement of executory contracts and unexpired leases (collectively, the "**Schedules and Statements**").

7.    Accordingly, the Debtor's Schedules and Statements are currently due on December 27, 2019. The Debtor believes that the initial 14-day period to file such Schedules and Statements provided by Bankruptcy Rule 1007(c) will not be sufficient to permit accurate and full completion of the Schedules and Statements.

8.    Given that the Chapter 11 Case was filed on an exigent basis coupled with the recent replacement of a new sole director and appointment of a new president (as set forth further in the

Declaration), and in light of the holiday season, the Debtor has not had the opportunity to focus on compiling the necessary materials to prepare and file the Schedules and Statements. The Debtor is desirous of ensuring that the Schedules and Statements contain sufficient detail, accuracy and thoroughness so as to enable the Debtor to discharge its obligations in the preparation and filing of these documents.

9. By way of this Motion, the Debtor seeks the entry of an order, pursuant Bankruptcy Rule 1007(a)(5) and (c), extending the time for filing the Schedules and Statements through and including January 10, 2020.

10. The first meeting of creditors pursuant to Section 341 of the Code is currently scheduled for January 16, 2020 at 1:30 p.m. Consequently, the Debtor believes that the proposed extension of time to file the Schedules and Statements will not delay the administration of the estate or unduly prejudice any creditor or party-in-interest. Moreover, the Debtor affirmatively states it will work diligently to file the Schedules and Statements in advance of the extended deadline requested hereby, but nevertheless seeks such relief in an abundance of caution.

11. Accordingly, the Debtor hereby seeks the entry of an order extending the time for filing the Schedules and Statements through and including January 10, 2020.

### III.    NOTICE

12. Notice of the filing of this Motion and the hearing scheduled therefor has been provided by CM/ECF, overnight delivery, and/or facsimile to: (a) the Office of the United States Trustee for the Northern District of Illinois; (b) the Debtor's 20 largest unsecured creditors pursuant to Federal Rule of Bankruptcy Procedure 1007(d); (c) respective counsel to the Debtor's secured lenders, BMO Harris Bank, N.A. and the United States Small Business Administration; (d) the United States Department of Justice; (e) all other parties with liens of record on assets of

the Debtor as of the Petition Date; and (f) all other parties who have requested notice and service of pleadings via the Court's CM/ECF system in any of the Chapter 11 Case.

13. Local Bankruptcy Rule 9013-1 requires that a "notice of motion served personally must be served no later than 4:00 p.m. on the third day before the date of presentment." Local Bankr. R. 9013-1.D(2).  As reflected on the certificate of service accompanying this Motion, certain of the 20 largest unsecured creditors will be served with notice of the Motion by overnight delivery on the morning of Tuesday, December 17, 2019.  Such notice will fall just shy of the three days' notice required under the applicable Local Bankruptcy Rule.

14. Given the critical nature of the relief requested in the Motion, the Debtor requests that the Court deem the notice provided hereof as sufficient and/or the notice requirements under Local Bankruptcy Rule 9013-1 waived or reduced accordingly.

WHEREFORE, Arro Corporation f/k/a Arro Packaging Company, debtor herein, respectfully requests the entry of an order in accordance with the foregoing recommendations in the form filed herewith and made a part hereof without further notice, and for such other and further relief as is just.

          Respectfully Submitted:

          ARRO CORPORATION

          By: /s/ Adam P. Silverman
               One of its proposed attorneys

ADAM P. SILVERMAN, ESQ. (ARDC# 6256676)
ERICH S. BUCK, ESQ. (ARDC #6274635)
NICHOLAS R. DWAYNE, ESQ. (ARDC #6308927)
ADELMAN & GETTLEMAN, LTD.
53 West Jackson Blvd., Suite 1050
Chicago, Illinois 60604
Tel (312) 435-1050
Fax (312) 435-1059
**Proposed Counsel for Arro Corporation**