**Fill in this information to identify the case:**

Debtor _Arro Corporation_

United States Bankruptcy Court for the: _Northern District_ District of _IL_
(State)

Case number _19-35238_
(If known)

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

**Date or dates debt was incurred**
_____

Basis for the claim:
_____

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

*FILED*
*UNITED STATES BANKRUPTCY COURT*
*NORTHERN DISTRICT OF ILLINOIS*
*JAN 13 2020*
*JEFFREY P. ALLSTEADT, CLERK*
*INTAKE 3*

**2.2** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____          $ _____

**Date or dates debt was incurred**
_____

Basis for the claim:
_____

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

**2.3** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____          $ _____

**Date or dates debt was incurred**
_____

Basis for the claim:
_____

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

| **Part 1.** | **Additional Page** |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | **Total claim** | **Priority amount** |

**2.___**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$_____    $_____

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

---

**2.___**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$_____    $_____

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

---

**2.___**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$_____    $_____

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

---

**2.___**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$_____    $_____

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

_Bunge Loders Croklaan_
_a Hm Cheryl Pinson_
_1391 Timberlake Manor Pkwy_
_Chesterfield, mo 63017_

$ _47,481._

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _goods sold_

Date or dates debt was incurred    _2/11/2019_

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number    _8 9 4 1_

**3.2** Nonpriority creditor's name and mailing address

_____
_____
_____

$_____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

**3.3** Nonpriority creditor's name and mailing address

_____
_____
_____

$_____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

**3.4** Nonpriority creditor's name and mailing address

_____
_____
_____

$_____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

**3.5** Nonpriority creditor's name and mailing address

_____
_____
_____

$_____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

**3.6** Nonpriority creditor's name and mailing address

_____
_____
_____

$_____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

_____

As of the petition filing date, the claim is:
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line _____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Line _____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | Line _____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Line _____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | Line _____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | Line _____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | Line _____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Line _____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | Line _____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Line _____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Line _____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | Line _____ ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor _Accu Corporation_
　　　　Name

Case number _(if known)_ _19-35238_

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.__

Line ____

☐ Not listed. Explain _____

__ __ __ __

4.__

Line ____

☐ Not listed. Explain _____

__ __ __ __

4.__

Line ____

☐ Not listed. Explain _____

__ __ __ __

4.__

Line ____

☐ Not listed. Explain _____

__ __ __ __

4.__

Line ____

☐ Not listed. Explain _____

__ __ __ __

4.__

Line ____

☐ Not listed. Explain _____

__ __ __ __

4.__

Line ____

☐ Not listed. Explain _____

__ __ __ __

4.__

Line ____

☐ Not listed. Explain _____

__ __ __ __

4.__

Line ____

☐ Not listed. Explain _____

__ __ __ __

4.__

Line ____

☐ Not listed. Explain _____

__ __ __ __

4.__

Line ____

☐ Not listed. Explain _____

__ __ __ __

4.__

Line ____

☐ Not listed. Explain _____

__ __ __ __

4.__

Line ____

☐ Not listed. Explain _____

__ __ __ __

4.__

Line ____

☐ Not listed. Explain _____

__ __ __ __

Debtor _____
Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5. **Add the amounts of priority and nonpriority unsecured claims.**

Total of claim amounts

5a. **Total claims from Part 1**    5a.    $_____

5b. **Total claims from Part 2**    5b.    **+** $ 47,481.

5c. **Total of Parts 1 and 2**
    Lines 5a + 5b = 5c.    5c.    $ 47,481.



**BUNGE**
**Loders Croklaan**

### Accountancy Invoice

ARRO CORPORATION
7440 SANTA FE
HODGKINS IL 60525
United States

| | |
|---|---|
| Invoice date: | 02/11/2019 |
| Page | 1/1 |
| Invoice no. | 7214814 |
| Post address | 108941 |
| Delivery order | 1960260 |
| Listing period | 02-2020 |
| Your ref.no.(s): | 39221 |
| Deb. no. | 108941 |

| Product | Gross weight | | Net weight | | Price | Amount in USD |
|---|---|---|---|---|---|---|
| Forwarded 02/11/2019 | | | | | | |
| | 43,092 | LBS | 42,000 | LBS | 0.6630 / 1 LBS | 27,846.00 |
| SANSTRANS PCS-MB / MB (RSPO Mass Balance) | 06000286330 | | | | | |
| 840 50# Cube | | | | | | |
| SalesOrder | 844719 | | Delivery order | 1960260 | Contract | 40173818 |
| Origin | Malaysia | | | | | |

| | | |
|---|---|---|
| **Final amount** | | **27,846.00** |

Delivery : ARRO CORPORATION / HODGKINS PLANT 7250A SANTA FE DRIVE HODGKINS
Payment          Advance payment

**Remit by Check:**
Loders Croklaan USA
P.O. Box 751594
Charlotte, NC 28275

**Remit by Wire/ACH:**
Wells Fargo Bank
400 Montgomery Street
San Francisco, CA 94101

**BY Wire/ACH:**
ABA#121000248/Acct#2018610844578

24708 West Durkee Road - Channahon, Illinois 60410-5249 - Telephone 815-730-5200 - Fax 815-730-5202
Tax ID 35-2185756  -  CU-RSPO SCCS 816724



**Accountancy Invoice**

ARRO CORPORATION
7440 SANTA FE
HODGKINS IL 60525
United States

| | |
|---|---|
| Invoice date: | 04/18/2019 |
| Page | 1/1 |
| Invoice no. | 7218969 |
| Post address | 108941 |
| Delivery order | 1977013 |
| Listing period | 04-2020 |
| Your ref.no.(s): | 40180 |
| Deb. no. | 108941 |

| Product | Gross weight | Net weight | Price | Amount in USD |
|---|---|---|---|---|
| | | | | |

Forwarded 04/17/2019

| | 30,780 LBS | 30,000 LBS | 0.6545 / 1 LBS | 19,635.00 |
|---|---|---|---|---|
| SANSTRANS PCS-MB / MB (RSPO Mass Balance) 600 50# Cube | 06000286330 | | | |
| SalesOrder | 852417 | Delivery order   1977013 | Contract | 40175070 |
| Origin | Malaysia | | | |

| | | |
|---|---|---|
| **Final amount** | | **19,635.00** |

Delivery : ARRO CORPORATION / HODGKINS PLANT 7250A SANTA FE DRIVE HODGKINS
Payment          Advance payment

**Remit by Check:**
Loders Croklaan USA
P.O. Box 751594
Charlotte, NC 28275

**Remit by Wire/ACH:**
Wells Fargo Bank
400 Montgomery Street
San Francisco, CA 94101

**BY Wire/ACH:**
ABA#121000248/Acct#2018610844578

24708 West Durkee Road - Channahon, Illinois 60410-5249 - Telephone 815-730-5200 - Fax 815-730-5202
Tax ID 35-2185756  -  CU-RSPO SCCS 816724