IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HC OLDCO, INC., F/K/A ARRO CORPORATION, | Case No. 19-35238 |
| Debtor. | Honorable Janet S. Baer |

**AGENDA FOR STATUS HEARING IN AVOIDANCE ACTIONS
AND RELATED MATTERS**

Time and Date of Hearing:   June 22, 2022 at 10:30 a.m. (Central)

Location of Hearing:   **Defendants and counsel are not required to appear other than as provided herein.**

For those wishing to appear, pursuant to the Third Amended General Order No. 20-03, this hearing will be conducted electronically using Zoom for Government.

To appear by video, use this link: https://www.zoomgov.com/join. Then enter the meeting ID and password. To appear by telephone, call Zoom for Government at (669) 254-5252 or (646) 828- 7666. Then enter the meeting ID and password.

Meeting ID: 160 731 2971
Passcode: 587656

1

6388079/1/20397.000

# STATUS OF AVOIDANCE ACTIONS

1. **Motions: (1 Matter)**

   **22-00021:** *Oxford Restructuring Advisors LLC v. Great Lakes Milk Products, Inc.*, Motion for Default Judgment filed by Charles A. Valente on behalf of Great Lakes Milk Products, Inc., [Dkt. No. 16].

   **Status:** The Creditor Trustee opposes entry of a default judgment in this matter.

2. **Seeking Continuances: (6 Matters)**

   The Creditor Trustee seeks a continuance to July's omnibus hearing for the following avoidance actions:

   | Case No. | Defendant |
   |---|---|
   | 20-00440 | Toyota Motor Credit Corp. |
   | 22-00020 | Formula Flooring, Inc. |
   | 22-00021 | Great Lakes Milk Products, Inc. |
   | 22-00024 | Newtown Foods USA Inc. |
   | 22-00053 | Atlas Toyota Material Handling, LLC |
   | 22-00062 | Capital One Bank, N.A. *et al* |

3. **Closed/Dismissed Matters: (25 Matters)**

   For the following avoidance actions either: (i) this Court has previously closed the following matter; or (ii) the Creditor Trustee has filed a notice or stipulation of dismissal.

   | Case No. | Defendant |
   |---|---|
   | 20-00429 | Climate Engineered Structures, LLC |
   | 20-00430 | Custom Packaging Inc. |
   | 20-00431 | Dearborn National Life Ins Company |
   | 20-00432 | Griffith Foods, Inc. |
   | 20-00433 | International Paper Company |
   | 20-00434 | Johnson Controls, Inc. |
   | 20-00435 | Matrix Technology Consulting, Inc. |
   | 20-00436 | Northwest Pallet Supply Co. |
   | 20-00437 | Peoples Gas, Light & Coke Company |
   | 20-00438 | Reynolds Presto Products Inc. |
   | 20-00439 | Wells Fargo Financial Leasing Inc. |
   | 20-00441 | Totai America, Inc. |
   | 20-00442 | Sprint Corporation |
   | 20-00443 | Shorr Packaging Corp. |
   | 20-00444 | Sentinel Technologies, Inc. |

| | |
|---|---|
| 20-00445 | Ref Leasing Co. |
| 20-00446 | OSF Flavors, Inc. |
| 21-00044 | Balboa Capital Corporation |
| 21-00045 | Caldic USA, Inc. |
| 21-00046 | Centerpoint Energy Resources Corp, *et al*. |
| 21-00080 | Commonwealth Edison Company |
| 21-00081 | WestRock Company |
| 21-00099 | Companhia Cacique de Café Solvel |
| 22-00022 | Mariani Packing Co, Inc. |
| 22-00023 | Roquette America, Inc. |

Respectfully submitted,

**OXFORD RESTRUCTURING ADVISORS LLC**, as Creditor Trustee for the HC Oldco, Inc. Creditor Trust

By: /s/ Nathan E. Delman
       One of Its Attorneys

Aaron L. Hammer, Esq. (6243069)
ahammer@hmblaw.com
Nathan E. Delman, Esq. (6296205)
ndelman@hmblaw.com
Dan Wen, Esq. (6333529)
dwen@hmblaw.com

**HORWOOD MARCUS & BERK CHARTERED**
500 W. Madison, Ste. 3700
Chicago, Illinois 60661
Telephone: 312.606.3200
Facsimile: 312.606.3232

3

## CERTIFICATE OF SERVICE

The undersigned attorney of record certifies that he caused a true and correct copy of the foregoing, **AGENDA FOR STATUS HEARING IN AVOIDANCE ACTIONS AND RELATED MATTERS**, to be filed electronically in the United States Bankruptcy Court, Northern District of Illinois on June 20, 2022. Notice and a copy of this filing will be served upon all counsel of record by operation of the Court's CM/ECF electronic filing system.

By: /s/ Nathan E. Delman